No. 75–6232. JONES *v.* BURGWYN. C. A. 4th Cir. Certiorari denied.

No. 75–6233. JONES *v.* MEEKS. C. A. 4th Cir. Certiorari denied.

No. 75–6238. TORREZ *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 75–6244. GARY *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 73 6642. CROSBY ET AL. *v.* MIDDENDORF, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–579. ESPOSITO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–1203. FITZGERALD ET AL. *v.* PORTER MEMORIAL HOSPITAL ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–1120. WITT ET AL. *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Applications for bail, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 75–1142. MULLIGAN ET AL. *v.* DUNNE ET AL. Sup. Ct. Ill. Motion of Illinois Liquor Control Commission for leave to file a brief as *amicus curiae* granted. Certiorari denied.